| | |
|---|---|
| 1 | Lawrence W. Freiman (SBN 288917) |
|   | lawrence@freimanlaw.com |
| 2 | Michael J. Freiman (State Bar No. 280716) |
|   | michael@freimanlaw.com |
| 3 | **FREIMAN LAW** |
|   | 100 Wilshire Blvd., Suite 940 |
| 4 | Santa Monica, CA 90401 |
|   | Telephone: (310) 917-1024 |
| 5 | Facsimile: (888) 835-8511 |

Attorneys for Plaintiff TAMAR LORELL

Madonna A. Herman (State Bar No. 221747)
*mah@manningllp.com*
Peter Catalanotti (State Bar No. 230743)
*pcc@manningllp.com*
**MANNING&KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant DOHMEN LIFE SCIENCE SERVICES, LLC (Erroneously named as DOHMEN SAFETY, LLC)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TAMAR LORELL, | Case No. 4:14-CV-03355-KAW |
| Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER** |
| v. | |
| DOHMEN SAFETY, LLC; and DOES 1 to 100, inclusive, | **State Action Filed:** August 7, 2013 |
| | **Date of Removal:** July 24, 2014 |
| Defendant. | **Case Management Conference:** April 21, 2015 |

The parties to the above-entitled action jointly submit this Joint Case Management Statement and Proposed Order pursuant to Local Rule 16-10(d).

The case has been settled. Defendant has sent payment to Plaintiff, which has not yet received it. Further, Plaintiff's counsel is scheduled to begin trial in U.S. District Court in another matter on April 21, 2015.

**JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**

1  The parties recommend that the CMC set for hearing on April 21, 2015 be
2  continued 45 days so that the parties can finalize payment.

3

4  Dated: April 17, 2015                             /s/
                                            Lawrence W. Freiman
5                                           Michael J. Freiman
                                            Attorneys for Plaintiff, TAMAR LORELL
6

7

8
   Dated: April 17, 2015                             /s/
9                                           Madonna A. Herman
                                            Peter Catalanotti
10                                          Attorneys for Defendant, DOHMEN LIFE
                                            SCIENCE SERVICES, LLC (Incorrectly
11                                          named as Dohmen Safety, LLC.)

12

**[PROPOSED] CASE MANAGEMENT ORDER**

The Case Management Conference is continued until  June 30, 2015  .

IT IS SO ORDERED.

Dated:  4/20/15

_____Kandis Westmore_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE